UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

      -against-

Daamu Diggs,                                       7:16-cr-00728 (CS)

                       Defendant.

-----------------------------------------------------------x

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

      The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated November 18, 2016, is approved and accepted.

      The Clerk of the Court is directed to enter the plea.

                                              SO ORDERED.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2016
```

Dated: White Plains, New York
       December 9, 2016

                                            _____
                                                  Cathy Seibel
                                            United States District Judge